Kalliope Sarelas, Appellant, v. Samuel Meyer and The
Hoover Company, Appellees.

Gen. No. 41,996.

opinion filed January 6, 1943.  Alfred
M. Loeser and Peter S. Sarelas, for appellant; Leonard Koplin, of
counsel; Kirkland, Fleming, Green, Martin & Ellis, for certain appellee;
William H. Symmes, David Jacker, Charles M. Rush and John M.

O'Connor, Jr., of counsel; Henry B. Rothenberg, for certain other appellee; Henry B. Rothenberg, of counsel. Opinion by JUSTICE HEBEL. "Not to be published in full."